IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WALTER JAMES MORRIS JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3633

Opinion filed December 21, 2016.

An appeal from an order of the Circuit Court for Duval County.
Mark J. Borello, Judge.

Walter James Morris Jr., pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

AFFIRMED.

WETHERELL, MAKAR, and KELSEY, JJ., CONCUR.